**Shirley RAHE, Claimant/Appellant,**

v.

**SCHNUCK MARKETS, INC., Employer/Respondent.**

No. 71547.

Missouri Court of Appeals,
Eastern District,
Division One.

June 24, 1997.

Timothy A. McGuire, Clayton, for claimant/appellant.

John J. Johnson, Jr., St. Louis, for employer/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Shirley Rahe (Employee) appeals from the Final Award Denying Compensation of the Labor and Industrial Relations Commission (Commission). Employee alleges the Commission erred because its award is not supported by sufficient and competent evidence. We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).